IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMIRAH BAXTER, individually and on behalf of all persons similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SILVER HEART HEALTHCARE AGENCY, LLC,**<br><br>**Defendant.** | CIVIL ACTION NO. 22-cv-03262-KSM |

**PLAINTIFF'S UNOPPOSED MOTION
FOR APPROVAL OF THE SETTLEMENT**

Plaintiff Samirah Baxter ("Plaintiff") and Defendant Silver Heart Healthcare Agency, LLC ("Defendant") have settled this lawsuit which includes a claim under the Fair Labor Standards Act ("FLSA") per the accompanying Settlement Agreement and release, attached as Exhibit A.  Although the Third Circuit has not specifically addressed the issue, many judges within this District have reviewed FLSA settlements for fairness.  Defendant does not oppose this motion.  As discussed in the accompanying memorandum, judicial approval is warranted.

**WHEREFORE**, Plaintiff requests that the Court grant this motion and approve the settlement of this FLSA action.  A proposed order is attached.

Dated: March 29, 2023                                Respectfully submitted,

/s/ Sarah R. Schalman-Bergen
Sarah R. Schalman-Bergen (PA 206211)
Krysten Connon (PA 314190)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel.: (267) 256-9973
ssb@llrlaw.com
kconnon@llrlaw.com

1

## CERTIFICATE OF SERVICE

I served a copy of this document on all counsel of record via the Court's ECF system on March 29, 2023.

                                                                          */s/ Sarah R. Schalman-Bergen*
                                                                          Sarah R. Schalman-Bergen