IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMIRAH BAXTER, <br><br> Plaintiff, <br><br> v. <br><br> SILVER HEART HEALTHCARE AGENCY LLC, <br><br> Defendant. | CIVIL ACTION <br><br><br><br> NO. 22-3262-KSM |

## ORDER

**AND NOW**, this 10th day of April, 2023, upon consideration of Plaintiff's Unopposed Motion for Approval of the Settlement (Doc. No. 18), the Court finds as follows:

1. This action includes an individual claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201.

2. Although the Third Circuit Court of Appeals has not addressed the issue, this Court generally reviews FLSA settlements of individual claims to ensure that they represent "a fair and reasonable resolution of a *bona fide* dispute." *Dhimitri v. Mozzeria, LLC*, 2:18-cv-04721-HB, 2019 U.S. Dist. LEXIS 92982, at *1 (E.D. Pa. May 29, 2019) (quotation marks omitted). A settlement of individual FLSA claims will be approved if it: (1) resolves a *bona fide* disputed under the FLSA, (2) is "fair and reasonable to the employee," and (3) "furthers . . . the implementation of the FLSA in the workplace." *Id*.

3. Here, the Court finds that these requirements are satisfied by the parties' settlement, which provides Plaintiff with $16,666.67. (Doc. No. 18-3 at 3.) The settlement is the result of arm's length negotiations between counsel and was reached with the help of Magistrate Judge

Carol Sandra Moore Wells. (*See* Doc. No. 18-1 at 3, 6.) The settlement agreement (Doc. No. 18-3) has been publicly filed, does not contain any confidentiality provisions, and does not require the release of any claims other than the claims asserted in this action, i.e., "wage and hour and wage payment claims . . . from January 1, 2022 through December 5, 2022." (Doc. No. 18-3 at 4–5.) *See Dhimitri*, 2019 U.S. Dist. LEXIS 92982, at *1.

4.  In addition, the settlement provides Plaintiff's counsel with fees totaling $8,333.33 (one third of the settlement amount), which is reasonable given the result reached for Plaintiff and typical of fee awards in FLSA cases. (Doc. No. 18-3 at 4.) *See, e.g.*, *Fein v. Ditech Fin., LLC*, No. 5:16-CV-00660, 2017 WL 4284116, at *12 (E.D. Pa. Sept. 27, 2017) (collecting cases).

For those reasons, it is **ORDERED** as follows:

1.  The motion is **GRANTED** and the settlement is **APPROVED.**
2.  This action is **DISMISSED WITH PREJUDICE.**
3.  The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.